IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: KATHY A. JENSEN           )
                                 )
GMAC MORTGAGE CORPORATION,       )
         Creditor,               )
                                 )
    vs.                          ) CASE NO. 05B18609
                                 ) JUDGE JACK B. SCHMETTERER
KATHY A. JENSEN,                 )
         Debtor                  )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes GMAC Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final , stating as follows:

1. The Debtor is due for the February 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of the amount due on the loan as of May 10, 2005.

   a. Attorney's Fees          $250.00

   b. Property Inspections      $90.00

   c. Late Charges              $79.20

   Total                       $419.20

Respectfully Submitted,
GMAC Mortgage Corporation

/s/Michael Halpin
Michael Halpin
ARDC#6239453

Pierce and Associates, P.C.
1 NORTH DEARBORN STREET
SUITE 1300
Chicago, Illinois 60602
(312)346-9088