```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 18609
   KATHY A JENSEN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3669

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/10/2005 and was confirmed 06/22/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  28.00%.

      The case was converted to chapter 7 after confirmation 09/18/2007.
-------------------------------------------------------------------------------
  CREDITOR NAME                 CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
  GMAC MORTGAGE            CURRENT MORTG          .00             .00           .00
  GMAC MORTGAGE            CURRENT MORTG          .00             .00           .00
  GMAC MORTGAGE            MORTGAGE ARRE      2883.84          147.81       2883.84
  GMAC MORTGAGE            MORTGAGE ARRE      1545.75           76.62       1545.75
  ARROW FINANCIAL SERVICES UNSECURED           442.07             .00         69.47
  CAMELOT RADIOLOGY        UNSECURED         NOT FILED           .00           .00
  CARSON PIRIE SCOTT       UNSECURED         NOT FILED           .00           .00
  DISH NETWORK             UNSECURED         NOT FILED           .00           .00
  HHM 13 ER SERVICES       UNSECURED           415.65             .00         65.30
  LEVINE WITTENBURG & SHUG UNSECURED         NOT FILED           .00           .00
  MUTUAL MANAGEMENT SERVIC UNSECURED         NOT FILED           .00           .00
  ORTHOPEDIC ASSOC OF NORT UNSECURED          1605.00             .00        283.57
  RESURGENT ACQUISITION LL UNSECURED           671.99             .00        118.73
  SWEDISH AMERICAN HEALTH  UNSECURED          1235.62             .00        218.32
  SWEDISH AMERICAN HEALTH  UNSECURED         NOT FILED           .00           .00
  SWEDISH AMERICAN HEALTH  UNSECURED         NOT FILED           .00           .00
  UNIFUND CCR PARTNERS     UNSECURED         14757.53             .00       2607.39
  MIDWEST VERIZON WIRELESS UNSECURED           523.95             .00         82.32
  SST FINANCIAL            SECURED               .00             .00           .00
  JOHN C DENT              DEBTOR ATTY       1,600.00                      1,600.00
  TOM VAUGHN               TRUSTEE                                            513.24
  DEBTOR REFUND            REFUND                                              28.82

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
  TRUSTEE              10,241.18

  PRIORITY                                          .00
  SECURED                                      4,429.59
     INTEREST                                    224.43

                PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 18609 KATHY A JENSEN
```

```
UNSECURED                                            3,445.10
ADMINISTRATIVE                                       1,600.00
TRUSTEE COMPENSATION                                   513.24
DEBTOR REFUND                                           28.82
                                   ---------------   ---------------
TOTALS                                  10,241.18        10,241.18
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/27/07             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE